**Edward Deshan SMITH,**
**Plaintiff–Appellant**

v.

Anna **KLEINSCHMIDT,** **Pharmacist;** **John Pritt, Pharmacist; Elizabeth McEwen, Pharmacy Technician; Brookshire Brothers, Defendants–Appellees.**

No. 11–50472
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 15, 2011.

Edward Deshan Smith, Dime Box, TX, pro se.

---

**15.** 131 S.Ct. 1186 (2011).

**16.** *Id.* at 1194 (footnote omitted).

Before KING, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The judgment of the district court dismissing with prejudice the claims of plaintiff—appellant against defendants—appellees Anna Kleinschmidt, John Pritt, Elizabeth McEwen, and Brookshire Brothers is affirmed for the reason stated in the district court's May 16, 2011 Order and Memorandum Opinion.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.